UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW DAVID GLEASON,

    Plaintiff,

v.

SECRETARY OF EDUCATION,

    Defendant.
_____/

Case No.: 1:17-cv-412

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip J. Green in this action (ECF No. 12). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that Plaintiff's complaint is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief can be granted. Plaintiff is warned that if he continues to file such patently deficient complaints, the Court may deny him the privilege of proceeding *in form pauperis* in future lawsuits.

**This action is terminated**.

Dated: July 10, 2017

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge