UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW DAVID GLEASON,

    Plaintiff,

Case No. 1:17-cv-412

v.

HONORABLE PAUL L. MALONEY

SECRETARY OF EDUCATION,

    Defendant,
_____/

## **JUDGMENT**

Pursuant to FED. R. CIV. P. 58, **JUDGMENT** is hereby entered in favor of defendant and against the plaintiff. A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).

Date: July 10, 2017                        /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    United States District